# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

October 16, 2026

*By the Court:*

| | |
|---|---|
| Nos. 26-3082 & 26-3106 | ILLINOIS BANKERS ASSOCIATION, et al.,<br>Plaintiffs – Appellees/Cross – Appellants<br><br>v.<br><br>KWAME RAOUL, in his official capacity as Illinois Attorney General,<br>Defendant – Appellant/Cross – Appellee |
| **Originating Case Information:** | |
| District Court No: 1:24-cv-07307<br>Northern District of Illinois, Eastern Division<br>District Judge Virginia M. Kendall | |

Upon consideration of the **MOTION OF PLAINTIFFS-APPELLEES-CROSS-APPELLANTS TO EXPEDITE APPEAL**, filed on October 15, 2026, by counsel for the appellees/cross-appellants,

**IT IS ORDERED** that these appeals are **CONSOLIDATED** for purposes of briefing and disposition.

**IT IS FURTHER ORDERED** that the motion is **GRANTED**. Briefing will proceed as follows:

1. The Attorney General's brief is due no later than November 23, 2026.

2. Plaintiffs' brief is due no later than December 21, 2026.

3. The Attorney General's reply brief, if any, is due no later than January 11, 2027.

No extensions of time will be granted. The parties' principal briefs shall not exceed 9,000 words, and the reply brief shall not exceed 4,000 words.

Oral argument in this matter will be held before the end of February 2027, and will be scheduled by separate court order.

Important Scheduling Notice !
Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief in a civil case. *See* Cir. R. 34(b)(3). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).

form name: **c7_Order_BTC** (form ID: **178**)